# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**6101 16th STREET, NW**
**APT. #609**
**WASHINGTON, DC**

**APPLICATION AND AFFIDAVIT**
**FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ____SAMUEL WOODSON____ being duly sworn depose and say:

I am a(n) <u>Detective with the Metropolitan Police Department</u> and have reason to believe
　　　　　　　　　(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**6101 16th Street, NW, Washington, DC**. This apartment building is described as a tan brick building multi unit apartment complex with double glass entry doors. Apartment unit 609 is located on the six floor of the complex, with a green metal entrance door with the numerals 609 affixed to the entrance door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See attachments A, B and the affidavit submitted in support of the application for this warrant which attachments A, B and the affidavit are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.

concerning a violation of Titles <u>18</u> United States Code, Section(s) <u>152</u>. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.　　☒ YES　　☐ NO

Thomas Zeno
Fraud and Public Corruption/5th Floor
(202) 514-6957

Signature of Affiant
SAMUEL WOODSON, Detective
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer