AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**6101 16th STREET, NW**
**APT. #609**
**WASHINGTON, DC**

## SEARCH WARRANT

CASE NUMBER: 06 - 149 - M - 01

TO: __SAMUEL WOODSON__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by **DETECTIVE, SAMUEL WOODSON** who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**6101 16th Street, NW, Washington, DC.** This apartment building is described as a tan brick building multi unit apartment complex with double glass entry doors. Apartment unit 609 is located on the six floor of the complex, with a green metal entrance door with the numerals 609 affixed to the entrance door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attachments A, B, and the affidavit submitted in support of the application for this warrant which attachments A, B, and the affidavit are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___April 8, 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 29 2006
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

/s/ John M. Facciola
Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/29/06 | 3/29/06 6:05 | On Premise |

INVENTORY MADE IN THE PRESENCE OF Dets. Dave Lawson, Glenn Kline s/A Tim Markovich, Kevin Craddock

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached Inventory

FILED
MAR 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x [signature]

Subscribed, sworn to, and returned before me this date.

John M. Facala                           03/30/06
U.S. Judge or U.S. Magistrate Judge        Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 209A-WF-225239

On (date) 3/29/06

item(s) listed below were:
☐ Received From
☐ Returned To
☒ Released To
☐ Seized

(Name) Glenn Kline
(Street Address) 1215 3rd ST NE
(City) Washington D.C.

Description of Item(s):

1) .38 caliber 5 shot Taurus Revolver with 5 rounds Ser # QE72600 in wheel

2) .22 cal semi-auto with magazine, with 10 rounds in magazine, one round in barrel Ser # L032654, with black holster and 10 round magazine full

3) (2) 30-30 Winchester rifles with 2 rounds each Ser # LS33691 & LS33690

4) Ruger .45 caliber Revolver with 6 rounds in wheel. 5838761

5) .38 caliber 5 shot Taurus Revolver with 5 rounds in wheel Ser # QD60713 and black holster

6) 3 Boxes of .22 caliber long, 2 Boxes .38 caliber, 2 Boxes .45 caliber, 2 Boxes of 30-30 Winchester

Received By: [signature]
(Signature)

Received From: [signature] FBI SA
(Signature)
James J. Markovich

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 209A-WF-225239

On (date) 3/29/06

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Ricardo Henry
(Street Address) 6101 16th St NW APT 609
(City) Washington D.C.

Description of Item(s):

1) AMD Computer, ssn: 0322980041 - located in Room D

2) $9,000 in $100.00 bills located in the safe in a yellow envelope, in a clear envelope - Room K in safe

3) Laptop (Toshiba), ssn: X1029554PU & charger, located in Room G on desk next to window.

4) Briefcase containing 2002 tax records, business records, bankruptcy documents located in hallway closet - Rm E

5) Briefcase containing title to Porsche, credit report, INS records, Safe Deposit Box keys & info, located in hallway closet - Rm E

6) Photocopies of savings bonds, house sale documents, bank documents - located in Rm K - safe

7) 2 Insight Checkbooks, 1 Personal Checkbook, located in Rm G, on nightstand

8) Car documents, Walther 22 gun Registration in MD, Apartment records, Car records, located in Rm G on dresser

Received By: [signature] Mulit FBI SA       Received From: _____
              (Signature)                                    (Signature)
James J. Markovich

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 209A-WF-225239

On (date) 3/29/06

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ricardo Henry
(Street Address) 6101 16th St NW Apt 609
(City) Washington D.C.

Description of Item(s): (Cont)

9) Record Ledgers, Cancelled checks and receipts, Application For License, work papers, Pay stubs, located in Rm G, top of dresser

10) Amazon.com Printouts regarding income, Bank records, maps, located in Rm G, in dresser

11) Record ledger, located in Rm G, on the nightstand

12) 2 USA passports, 2 Jamaican passports, 1 Deposit slip, 1 New York Insurance ID slip, located in Rm G, dresser drawer

13) Various keys, located in Rm G, night stand

Received By: [signature] FBI SA
James J. Markovich FBI SA

Received From: _____